UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
FIROOZ GHASSABIAN

                                                    Plaintiff,

               - against –

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                                                  Defendant.
------------------------------------------------------------

Index No. 08-CV-4400

AFFIDAVIT OF SERVICE

State of New York
                     ss.:
County of Bronx

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and Memorandum of Law on the defendant, BEHDAD HEMATIAN, in the following manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on 5/13/08 [Date] at 11:39am [Time] at 15 West 46th St., 6th fl., New York, NY. Deponent knew the person served to be the person described as the defendant.

[Or]

By personally delivering to and leaving a true copy thereof with _____ [Name], a person of suitable age and discretion, on _____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY, the defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: M ;

Skin color: Brn ;

Hair color: Brn ;

Approximate age: 35-45 ;

Approximate weight: 5'7"-6' ;

Approximate height: 160 - 200 ;

Other identifying features: beard .

4. To the best of my knowledge, information, and belief, the defendant was not engaged in military service of the United States at the time of service.

_____
Robert Lawson

Sworn to before me,
this 18 day of
May, 2008

_____
Notary Public/Commissioner of Deeds

MAY 18-2008

RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK,
BRONX COUNTY
REG. NO. 01BU6180838
MY COMMISSION EXPIRES: 01/14/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
FIROOZ GHASSABIAN

                              Plaintiff,

        - against --

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                              Defendant.
-------------------------------------------------------

Index No. 08-CV-4400

AFFIDAVIT OF SERVICE

State of New York
                     ss.:
County of Bronx

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and Memorandum of Law on the defendant, HERTSEL AKHAVIAN, in the following manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on 5/13/08 [Date] at 11:37am [Time] at 15 West 46th St., 6th fl., New York, NY. Deponent knew the person served to be the person described as the defendant.

                              [Or]

By personally delivering to and leaving a true copy thereof with

_____ [Name], a person of suitable age and discretion, on _____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY, the defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: __M__;

Skin color: __Brown__;

Hair color: __Blk__;

Approximate age: __40-50__;

Approximate weight: __160-180__;

Approximate height: __5'6"-5'8"__;

Other identifying features: __None__.

4. To the best of my knowledge, information, and belief, the defendant was not engaged ~~in military~~ service of the United States at the time of service.

_Robert Lawson_

Sworn to before me,
this __18__ day of
May, 2008,

_____
Notary Public/Commissioner of Deeds

May 18- 2008
RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK
BRONX COUNTY
REG. NO. 01BU6180838
MY COMMISSION EXPIRES: __01/14/2012__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FIROOZ GHASSABIAN

                                             Plaintiff,

      - against --

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                                              Defendant.

Index No. 08-CV-4400

AFFIDAVIT OF SERVICE

State of New York
                ss.:
County of Bronx

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and Memorandum of Law on the defendant, FATOLLAH HEMATIAN, in the following manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on _____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY. Deponent knew the person served to be the person described as the defendant.

                                              [Or]

By personally delivering to and leaving a true copy thereof with Melissa Campee [Name], a person of suitable age and discretion, on 5/16/08 [Date] at 3:30pm [Time] at 15 West 46th St., 6th fl., New York, NY, the defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: __F__;

Skin color: __BROWN__;

Hair color: __BLK__;

Approximate age: __21-35__;

Approximate weight: __100-130__;

Approximate height: __5'4"-5'8"__;

Other identifying features: __NONE__.

4. To the best of my knowledge, information, and belief, the defendant was not engaged in military service of the United States at the time of service.

_____
Robert Lawson

Sworn to before me,
this __18__ day of
May, 2008

_____
Notary Public/Commissioner of Deeds

MAY 18-2008
RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK
BRONX COUNTY
REG. NO. 01BU6180836          01/14/2012
MY COMMISSION EXPIRES: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIROOZ GHASSABIAN

                        Plaintiff,

      – against –

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                        Defendant.

Index No. 08-CV-4400

AFFIDAVIT OF SERVICE

State of New York    ) ss.:
County of Bronx      )

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and Memorandum of Law on the defendant, FATOLLAH HEMATIAN, in the following manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on ~~5/16/08~~ [Date] ~~2:30pm~~ [Time] at 15 West 46th St., 6th fl., New York, NY. Deponent knew the person served to be the person described as the defendant.

[Or]

By personally delivering to and leaving a true copy thereof with Melissa Campee [Name], a person of suitable age and discretion, on 5/16/08 [Date] at 3:30pm [Time] at 15 West 46th St., 6th fl., New York, NY, the defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: __F__;

Skin color: __BROWN__;

Hair color: __BLK__;

Approximate age: __21-35__;

Approximate weight: __100-130__;

Approximate height: __5'4"-5'8"__;

Other identifying features: __NONE__.

4. To the best of my knowledge, information, and belief, the defendant was not engaged in military service of the United States at the time of service.

_/s/ Robert Lawson_
Robert Lawson

Sworn to before me,
this __18__ day of
May, 2008

_____
Notary Public/Commissioner of Deeds

MAY 18-2008
RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK.
BRONX COUNTY
REG. NO. 01BU6180838
MY COMMISSION EXPIRES: 01/14/2012.