**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
FIROOZ GHASSABIAN

Index No. 08-CV-4400

                      Plaintiff,

       -  against –

**AFFIDAVIT OF SERVICE**

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                                    Defendant.

State of New York

County of Bronx       ss.:

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and

Memorandum of Law on the defendant, BEHDAD HEMATIAN, in the following

manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on

5/13/08 [Date] at 11:39 mn [Time] at 15 West 46th St., 6th fl., New York, NY.

Deponent knew the person served to be the person described as the defendant.

[Or]

By personally delivering to and leaving a true copy thereof with

_____ [Name], a person of suitable age and discretion, on

_____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY, the

defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th

St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: _M_ ;

Skin color: _Brn_ ;

Hair color: _Brn_ ;

Approximate age: _35-45_ ;

Approximate weight: _5'7-6'_ ;

Approximate height: _160-200_ ;

Other identifying features: _beard_ .

4. To the best of my knowledge, information, and belief, the defendant was not engaged

in military service of the United States at the time of service.

Robert Lawson

Sworn to before me,
this _18_ day of
May, 2008

Notary Public/Commissioner of Deeds

MAY 18-2008

RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK,
BRONX COUNTY
REG. NO. 01BU6180838
MY COMMISSION EXPIRES: _01/14/2012_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
FIROOZ GHASSABIAN                                            Index No. 08-CV-4400

                                              Plaintiff,

                    - against –                          AFFIDAVIT OF SERVICE

*FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                                              Defendant.

State of New York
                                    ss.:
County of Bronx

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and

Memorandum of Law on the defendant, HERTSEL AKHAVIAN, in the following

manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on

5/13/08 [Date] at 11 : 37 AM [Time] at 15 West 46th St., 6th fl., New York, NY.

Deponent knew the person served to be the person described as the defendant.

                              [Or]

By personally delivering to and leaving a true copy thereof with

_____ [Name], a person of suitable age and discretion, on

_____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY, the

defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th

St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: __M__ ;

Skin color: Brown ;

Hair color: Blk ;

Approximate age: 40 - 50 ;

Approximate weight: 160 - 180 ;

Approximate height: 5'6" - 5'8" ;

Other identifying features: NONE .

4. To the best of my knowledge, information, and belief, the defendant was not engaged

in military service of the United States at the time of service.

Robert Lawson

Sworn to before me,
this 18 day of
May, 2008

Notary Public/Commissioner of Deeds

May 18 - 2008
RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK
BRONX, COUNTY
REG. NO. 01BU6180838     01/14/2012
MY COMMISSION EXPIRES: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FIROOZ GHASSABIAN

Plaintiff,

Index No. 08-CV-4400

- against --

AFFIDAVIT OF SERVICE

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

Defendant,

State of New York
County of Bronx                ss.:

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and
Memorandum of Law on the defendant, FATOLLAH HEMATIAN, in the following
manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on
_____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY.
Deponent knew the person served to be the person described as the defendant.

[Or]

By personally delivering to and leaving a true copy thereof with
Melissa Crampee [Name], a person of suitable age and discretion, on
5/16/08 [Date] at 3:30pm [Time] at 15 West 46th St., 6th fl., New York, NY, the
defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th

St., 6th fl., New York, NY NY his actual place of business on _____ [Date].


3. The description of the person served is:

Sex: $F$ ;

Skin color: $BrOWN$ ;

Hair color: $BlK$ ;

Approximate age: $21-35$ ;

Approximate weight: $100-130$ ;

Approximate height: $5'4"-5'8"$ ;

Other identifying features: $NONE$ .

4. To the best of my knowledge, information, and belief, the defendant was not engaged

in military service of the United States at the time of service.


Robert Lawson

Sworn to before me,
this _18_ day of
May, 2008

Notary Public/Commissioner of Deeds

May 18-2008

RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK.
BRONX, COUNTY
REG. NO. 01BU6180838    01/14/2012 .
MY COMMISSION EXPIRES: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
FIROOZ GHASSABIAN                                        Index No. 08-CV-4400

                                        Plaintiff,

                    against –                            AFFIDAVIT OF SERVICE

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware
                                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

State of New York

                            ss.:
County of Bronx

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and

Memorandum of Law on the defendant, FATOLLAH HEMATIAN, in the following

manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on

5/16/08 [Date] at 2 '30pm [Time] at 15 West 46th St., 6th fl., New York, NY.

Deponent knew the person served to be the person described as the defendant.

                            [Or]

By personally delivering to and leaving a true copy thereof with

Melissa Campbee [Name], a person of suitable age and discretion, on

5/16/08 [Date] at 3 : 30pm [Time] at 15 West 46th St., 6th fl., New York, NY, the

defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th

St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: _____F_____ ;

Skin color: _BROWN_ ;

Hair color: _BLK_ ;

Approximate age: _21-35_ ;

Approximate weight: _100-130_ ;

Approximate height: _5'-4"-5'8"_ ;

Other identifying features: _NONE_ .

4. To the best of my knowledge, information, and belief, the defendant was not engaged

~~in military service~~ of the United States at the time of service.

Robert Lawson

Sworn to before me,
this _18_ day of
May, 2008

_____
Notary Public/Commissioner of Deeds

MAY 18-2008

RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK.
BRONX, COUNTY
REG. NO. 01BU6180838     01/14/242.
MY COMMISSION EXPIRES: