UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
FIROOZ GHASSABIAN

                                       Plaintiff,

               - against –

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware

                                        Defendant.
-------------------------------------------------

Index No. 08-CV-4400

AFFIDAVIT OF SERVICE

State of New York
                     ss.:
County of Bronx

Robert Lawson, being duly sworn, deposes and says:

1. That he is over 18 years of age and not a party to this action.

2. That he served the annexed Petition for Stay of Arbitration, annexed papers and Memorandum of Law on the defendant, ~~FATOLLAH HEMATIAN~~ Classicom, L.L.C., in the following manner:

[Choose one of the following:]

By personally delivering to and leaving with the defendant a true copy thereof on _____ [Date] at _____ [Time] at 15 West 46th St., 6th fl., New York, NY. Deponent knew the person served to be the person described as the defendant.

[Or]

By personally delivering to and leaving a true copy thereof with Melissa Campbell [Name], a person of suitable age and discretion, on 5/16/08 [Date] at 3:30pm [Time] at 15 West 46th St., 6th fl., New York, NY, the defendant's usual place of abode/place of business within New York State and mailing a

true copy thereof in a properly addressed and postage bearing envelope to 15 West 46th St., 6th fl., New York, NY NY his actual place of business on _____ [Date].

3. The description of the person served is:

Sex: __F__ ;

Skin color: __BROWN__ ;

Hair color: __BLK__ ;

Approximate age: __21-35__ ;

Approximate weight: __100-130__ ;

Approximate height: __5'4"-5'8"__ ;

Other identifying features: __NONE__ .

4. To the best of my knowledge, information, and belief, the defendant was not engaged in ~~military service~~ of the United States at the time of service.

_____
Robert Lawson

Sworn to before me,
this __18__ day of
May, 2008

_____
Notary Public/Commissioner of Deeds

MAY 18-2008

RAMNARINE BUDHOO
NOTARY PUBLIC
STATE OF NEW YORK,
BRONX COUNTY
REG. NO. 01BU6180838
MY COMMISSION EXPIRES: 01/14/2012 .