**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FIROOZ GHASSABIAN                                                     Index No. 08-CV-4400
                                                Plaintiff,

          -   against –                                                             AFFIDAVIT OF SERVICE

FATOLLAH HEMATIAN, BEHDAD HEMATIAN,
HERTSEL AKHAVIAN and CLASSICOM, L.L.C. a
limited liability company organized under the laws of the
State of Delaware
                                                        Defendant.

Neil J. Saltzman, under penalty of perjury, hereby swears and affirms as follows:

1. I am an attorney duly admitted to practice law in the State of New York

2. I am over 18 years of age and not a party to this action.

3. I served the annexed Memorandum of Law and Petition to Stay Arbitration upon Defendant FATOLLAH HEMATIAN by sending a copy by registered mail return receipt requested in a properly addressed and postage bearing envelope by means of the US Postal Service on May 21st, 2008, to the following address:

15 W. 46th St., 6th Fl.
New York, N.Y. 10036

Dated: New York, New York
       May 21st, 2008

_____
Neil J. Saltzman