Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
FIROOZ GHASSABIAN,

       Petitioner,

 - against -

FATOLLAH HEMATIAN, BEHDAD
HEMATIAN, HERTSEL AKHAVAN,
and CLASSICOM, L.L.C., a limited
liability company organized under the
Laws of the State of Delaware,

       Respondents.

IN THE MATTER OF THE
ARBITRATION BETWEEN

FATOLLAH HEMATIAN, BEHDAD
HEMATIAN, HERTSEL AKHAVAN
and CLASSICOM L.L.C.,

       Claimants,

 v.

FIROOZ GHASSABIAN,

       Respondent.
----------------------------------------------------------- X

Case No. 08-CIV-4400 (SAS)

*STIPULATION*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys, that Respondents Fatollah Hematian, Behdad Hematian, Hertsel Akhavan and Classicom L.L.C. shall have up to and including June 19, 2008 in which to move, answer or otherwise respond to Petitioner's Petition in this action.

  This Stipulation may be executed in more than one counterpart, all of which when taken together shall constitute one and the same Stipulation.

A signed telefaxed or electronic copy of this Stipulation shall have the same force and effect as an original signed copy of this Stipulation.

Dated:  May 30, 2008
New York, New York

| | |
|---|---|
| Kamerman & Soniker P.C. | Zell Goldberg LLC |
| */s/ Martin Klein* <br> Martin Klein, Esq. (MK9497) | */s/ Jeffrey E. Michels* <br> Jeffrey E. Michels, Esq. |
| 470 Park Avenue South, 12th Floor South <br> New York, New York  10016 <br> (212) 686-3300 | 350 Fifth Avenue <br> New York, New York  10018 <br> (212) 971-1349 |
| **Attorneys for Respondents** | **Attorneys for Petitioner** |

*/s/* 
U.S.D.J.
6/3/08

Z:\K&S\Classicom\Stipulation extend time.DOC